IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ROBERTA MANDARICH,
Executrix of the Estate of
Hubert W. Pollard                                                                PLAINTIFF

vs.                           Case No. 4:12CV00553 JM

UNITED STATES OF AMERICA                                         DEFENDANT

## JUDGMENT

Pursuant to the order entered on this date, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of October, 2014.

_____
James M. Moody Jr.
United States District Judge